Roberta S. Savage (SBN 202940)
221 G Street, Suite 207
Davis, CA 95616
tel (530) 753-4497
fax (530) 753-4498

# E-filing

Attorney for
C.S.

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| C.S., a minor, By and Through F.S., His Guardian Ad Litem, | CASE NO. CV 08 3119 |
| Plaintiff, | PETITION FOR APPOINTMENT OF GUARDIAN AD LITEM |
| v. | |
| BERKELEY UNIFIED SCHOOL DISTRICT, | |
| Defendant. | |

Petitioner C.S. alleges that he is a minor under the age of seven, who was born in 2003.

Petitioner, Plaintiff in the above-entitled case, brings this action as an appeal of an administrative decision under 20 U.S.C. 1415.

Petitioner has no general Guardian, and no previous Petition for Appointment of a Guardian Ad Litem has been filed in this matter.

F.S.. is the parent of Petitioner and is competent to act as Guardian Ad Litem.

WHEREFORE, C.S.. prays that, F.S., be appointed as his Guardian Ad Litem.

//
//
//
//
//

1  As counsel for C.S., I declare under penalty of perjury under the laws of the State of
2  California that the foregoing is true and correct.

4  Dated: 6/25/08

      *Roberta Savage* (signature)
Roberta S. Savage
Attorney for Petitioner, C.S.

7  I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

9  Dated: 6/23/08

F.S. (signature)
F.S.

## CONSENT OF NOMINEE

I, F.S., the nominee of Plaintiff, consent to act as Guardian Ad Litem for the minor Plaintiff in the above-entitled action.

Dated: 6/23/08

F.S. (signature)
F.S.