Roberta S. Savage (SBN 202940)
221 G Street, Suite 207
Davis, CA 95616
tel (530) 753-4497
fax (530) 753-4498

**E-filing**

Attorney for
C.S.

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

C.S.., a minor, By and Through
F.S., His Guardian Ad Litem,

    Plaintiff,

v.

BERKELEY UNIFIED
SCHOOL DISTRICT,
    Defendant.

CASE NO. CV 08 3119 CW

[PROPOSED]
APPOINTMENT OF
GUARDIAN AD LITEM

The Court having considered the petition of C.S. for the appointment of Guardian Ad Litem for Petitioner, a minor, who is Plaintiff in the above-captioned action, and good cause appearing,

IT IS ORDERED that F.S. be appointed Guardian Ad Litem for C.S. in the above-captioned action.

Dated: _____

                              JUDGE OF DISTRICT COURT