1  Roberta S. Savage (SBN 202940)
   221 G Street, Suite 207
2  Davis, CA 95616
   tel (530) 753-4497
3  fax (530) 753-4498

4

5

6
   Attorney for                    **E-filing**
7  C.S.

8              IN THE UNITED STATES DISTRICT COURT

9           FOR THE NORTHERN DISTRICT OF CALIFORNIA

10
   C.S., a minor, By and Through          CASE NO. 08 3119
11 F.S., His Guardian Ad Litem,
                                          [PROPOSED] ORDER RE:
12         Plaintiff,                     ADMINISTRATIVE MOTION
                                          TO FILE UNDER SEAL
13 v.                                     ADMINISTRATIVE RECORD AND
                                          OTHER DOCUMENTS CONTAINING
14 BERKELEY UNIFIED                       PERSONALLY IDENTIFIABLE
   SCHOOL DISTRICT,                       INFORMATION & PROCEED UNDER
15         Defendant.                     A PSEUDONYM
   _____/
16
        The Administrative Motion by Plaintiff C.S., by and through F.S., His Guardian Ad
17
   Litem, to file under seal the Administrative Record and Other Documents Containing Personally
18
   Identifiable Information & Proceed Under a Pseudonym came before this Court.  Plaintiff's
19
   Administrative Motion for an order to protect his privacy rights and to file the Administrative
20
   Record and Other Documents Containing Personally Identifiable Information under seal and to
21
   Proceed Under a Pseudonym, the memorandum of points and authorities, and the Declaration of
22
   Counsel having been considered,  and good cause appearing,
23
        the Court orders that the Administrative Record and Other Documents Containing
24
   Personally Identifiable Information be filed under seal and that Plaintiff and his Guardian Ad
25
   Litem proceed under a pseudonym
26
   //
27
   //
28

                                            1

1   IT IS SO ORDERED.
2
3   DATED:
4
                                                    _____
5                                                   UNITED STATES DISTRICT JUDGE
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26
27
28