1   Roberta S. Savage (SBN 202940)
    221 G Street, Suite 207
2   Davis, CA 95616
    tel (530) 753-4497
3   fax (530) 753-4498

4

5                                    E-filing

6
    Attorney for
7   C.S.

8            IN THE UNITED STATES DISTRICT COURT

9       FOR THE NORTHERN DISTRICT OF CALIFORNIA    CW

10
    C.S, a minor, By and Through        CV CASE NO.        3119
11  F.S.,  His Guardian Ad Litem,

12              Plaintiff,              [PROPOSED] ORDER RE:
                                        ADMINISTRATIVE MOTION
13  v.                                  TO FILE UNDER SEAL
                                        DECLARATION OF COUNSEL
14  BERKELEY UNIFIED
    SCHOOL DISTRICT,
15              Defendant.
    _____/
16
            The Administrative Motion by Plaintiff C.S., by and through F.S., His Guardian Ad
17
    Litem, to file under seal Plaintiff's Declaration of Counsel in Support of Plaintiff's Motion to
18
    Protect Plaintiff's Right to Privacy By Proceeding Under a Pseudonym and Filing Specific
19
    Documents Under Seal came before this Court.  Plaintiff's Administrative Motion for an order to
20
    protect his privacy rights and to file his Declaration of Counsel under seal, the memorandum of
21
    points and authorities, and the Declaration of Counsel having been considered,  and good cause
22
    appearing,
23
            the Court orders that Plaintiff's Declaration of Counsel in Support of Plaintiff's Motion
24
    to Protect Plaintiff's Right to Privacy By Proceeding Under a Pseudonym and Filing Specific
25
    Documents Under Seal be filed under seal.
26
    //
27
    //
28

                                        1

1    IT IS SO ORDERED.

2

3  DATED:

4    _____

5                      UNITED STATES DISTRICT JUDGE

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28