1  Roberta S. Savage (SBN 202940)
   221 G Street, Suite 207
2  Davis, CA 95616
   tel (530) 753-4497
3  fax (530) 753-4498

Attorney for
C.S.

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| C.S.., a minor, By and Through F.S., His Guardian Ad Litem,<br><br>Plaintiff,<br><br>v.<br><br>BERKELEY UNIFIED SCHOOL DISTRICT,<br>       Defendant. | CASE NO.  08-3119 CW<br><br>ORDER DENYING WITHOUT PREJUDICE APPOINTMENT OF GUARDIAN AD LITEM |

The Court having considered the petition of C.S. for the appointment of Guardian Ad Litem for Petitioner, a minor, who is Plaintiff in the above-captioned action, and good cause not appearing,

IT IS ORDERED that the petition is denied without prejudice to refiling with a declaration that addresses whether C.S.'s other parent is in agreement.

Dated:  7/1/08

_____
JUDGE OF DISTRICT COURT