1  Roberta S. Savage (SBN 202940)
   221 G Street, Suite 207
2  Davis, CA 95616
   tel (530) 753-4497
3  fax (530) 753-4498

Attorney for
C.S.

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| C.S., a minor, By and Through F.S., His Guardian Ad Litem, | CASE NO. |
| Plaintiff, | ORDER RE: ADMINISTRATIVE MOTION TO FILE UNDER SEAL ADMINISTRATIVE RECORD AND OTHER DOCUMENTS CONTAINING PERSONALLY IDENTIFIABLE INFORMATION & PROCEED UNDER A PSEUDONYM **AS MODIFIED** |
| v. | |
| BERKELEY UNIFIED SCHOOL DISTRICT, | |
| Defendant. | |

The Administrative Motion by Plaintiff C.S., by and through F.S., His Guardian Ad Litem, to file under seal the Administrative Record and Other Documents Containing Personally Identifiable Information & Proceed Under a Pseudonym came before this Court.  Plaintiff's Administrative Motion for an order to protect his privacy rights and to file the Administrative Record and Other Documents Containing Personally Identifiable Information under seal and to Proceed Under a Pseudonym, the memorandum of points and authorities, and the Declaration of Counsel having been considered,  and good cause appearing,

The Court orders that the Administrative Record and Other Documents Containing Personally Identifiable Information be filed under seal and that Plaintiff and his Guardian Ad Litem proceed under a pseudonym.  **All documents drafted for filing in this case shall use the pseudonyms and shall not contain personally identifiable information so they can be filed in the public record.**

1

1  //

2  //

3

4       IT IS SO ORDERED.

5

6  DATED: 7/2/08

7                                                                          _____
                                                                            UNITED STATES DISTRICT JUDGE