1 | Roberta S. Savage (SBN 202940)
221 G Street, Suite 207
2 | Davis, CA 95616
tel (530) 753-4497
3 | fax (530) 753-4498

4

5

6

7 | Attorney for
C.S.

8 | IN THE UNITED STATES DISTRICT COURT

9 | FOR THE NORTHERN DISTRICT OF CALIFORNIA

10

11 | C.S, a minor, By and Through          CASE NO.  08-3119 CW
F.S.,  His Guardian Ad Litem,

12 |           Plaintiff,                  ORDER RE:
ADMINISTRATIVE MOTION
TO FILE UNDER SEAL
13 | v.                                    DECLARATION OF COUNSEL

14 | BERKELEY UNIFIED
SCHOOL DISTRICT,
15 |           Defendant.
                                     /
16

17 |        The Administrative Motion by Plaintiff C.S., by and through F.S., His Guardian Ad

18 | Litem, to file under seal Plaintiff's Declaration of Counsel in Support of Plaintiff's Motion to

19 | Protect Plaintiff's Right to Privacy By Proceeding Under a Pseudonym and Filing Specific

20 | Documents Under Seal came before this Court.  Plaintiff's Administrative Motion for an order to

21 | protect his privacy rights and to file his Declaration of Counsel under seal, the memorandum of

22 | points and authorities, and the Declaration of Counsel having been considered,  and good cause

23 | appearing,

24 |        The Court orders that Plaintiff's Declaration of Counsel in Support of Plaintiff's Motion

25 | to Protect Plaintiff's Right to Privacy By Proceeding Under a Pseudonym and Filing Specific

26 | Documents Under Seal be filed under seal.

27 | //

28 | //

1

1        IT IS SO ORDERED.

2

3     DATED:  7/2/08                                    _Claudia Wilken_

4                                              _____
                                               UNITED STATES DISTRICT JUDGE
5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28