1   Roberta S. Savage (SBN 202940)
    221 G Street, Suite 207
2   Davis, CA 95616
    tel (530) 753-4497
3   fax (530) 753-4498

4

5

6

7   Attorney for
    C.S.

8                 IN THE UNITED STATES DISTRICT COURT

9             FOR THE NORTHERN DISTRICT OF CALIFORNIA

10

11  C.S., a minor, By and Through          CASE NO.   08-03119 CW
    F.S.,  His Guardian Ad Litem,
                                           AMENDED PETITION FOR
12          Plaintiff,                     APPOINTMENT OF
                                           GUARDIAN AD LITEM
13

14  v.

15  BERKELEY UNIFIED
    SCHOOL DISTRICT,
16          Defendant.
    _____/

17          Petitioner C.S. alleges that he is a minor under the age of seven, who was born in 2003.

18          Petitioner, Plaintiff in the above-entitled case, brings this action as an appeal of an

19  administrative decision under 20 U.S.C. 1415.

20          Petitioner has no general Guardian.  This Amended Petition is being filed in response to the

21  Court's 7/1/08 Order Denying Without Prejudice Appointment of Guardian Ad Litem.

22          F.S.. is the father of Petitioner and is competent to act as Guardian Ad Litem.

23          S.S. is the mother of Petitioner and agrees that F.S. should be appointed as C.S.'s Guardian

24  Ad Litem.

25          WHEREFORE, C.S.. prays that, F.S., be appointed as his Guardian Ad Litem.

26  //

27  //

28
    C.S. v. Berkeley Unified School District, Case No. 08-03119 CW
    Amended Petition for Appointment of Guardian Ad Litem
    Page 1 of 2

I, S.S., agree that my husband, F.S., should be appointed as C.S.'s Guardian Ad Litem in this proceeding.

I declare under penalty of perjury that under the laws of the State of California that the foregoing is true and correct.

Dated: _____

_____
S.S.
Mother of C.S.

As counsel for C.S., I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Dated: _____

_____
Roberta S. Savage
Attorney for Petitioner, C.S.

I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

Dated: _____

_____
F.S.

## CONSENT OF NOMINEE

I, F.S., the nominee of Plaintiff, consent to act as Guardian Ad Litem for the minor Plaintiff in the above-entitled action.

Dated: _____

_____
F.S.

1    I, S.S., agree that my husband, F.S., should be appointed as C.S.'s Guardian Ad Litem in this

2  proceeding.

3    I declare under penalty of perjury that under the laws of the State of California that the

4  foregoing is true and correct.

5

6  Dated: 7/9/08

7                                                      S.S.
                                                       Mother of C.S.

8

9    As counsel for C.S., I declare under penalty of perjury under the laws of the State of

10  California that the foregoing is true and correct.

11

12  Dated: 7/14/08
                                                       Roberta S. Savage
13                                                     Attorney for Petitioner, C.S.

14    I declare under penalty of perjury under the laws of the State of California that the foregoing

15  is true and correct.

16

17  Dated: 7/9/08
                                                       F.S.

18

19                          CONSENT OF NOMINEE

20    I, F.S., the nominee of Plaintiff, consent to act as Guardian Ad Litem for the minor Plaintiff

21  in the above-entitled action.

22

23  Dated: 7/9/08
                                                       F.S.

24

25

26

27

28

C.S. v. Berkeley Unified School District, Case No. 08-03119 CW
Amended Petition for Appointment of Guardian Ad Litem
Page 2 of 2