Roberta S. Savage (SBN 202940)
221 G Street, Suite 207
Davis, CA 95616
tel (530) 753-4497
fax (530) 753-4498

Attorney for
C.S.

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| C.S., a minor, By and Through F.S., His Guardian Ad Litem, <br><br> Plaintiff, <br><br> v. <br><br> BERKELEY UNIFIED SCHOOL DISTRICT, <br>       Defendants. <br>_____/ | CASE NO.  08-03119 CW <br><br> DECLARATION OF S.S. IN SUPPORT OF PLAINTIFF'S AMENDED PETITION FOR APPOINTMENT OF GUARDIAN AD LITEM |

      Plaintiff, C.S., by and through F.S., His Guardian Ad Litem, hereby files the attached Declaration of S.S. In Support of Plaintiff's Amended Petition for Appointment of Guardian Ad Litem.

      I, S.S., hereby affirm under penalty of perjury, that the following assertions are true of my own personal knowledge and that I could and would testify competently thereto if called as a witness to this action:

1.     I am C. S.'s mother.

2.     I consent to my husband, F.S., being appointed as C.S.'s Guardian Ad Litem.

3.     I agree with protecting our son's privacy by having him and our family proceed in this action using our initials, instead of our actual names.

Dated: _____, 2008                                             _____
                                                                                  S.S.

Roberta S. Savage (SBN 202940)
221 G Street, Suite 207
Davis, CA 95616
tel (530) 753-4497
fax (530) 753-4498

Attorney for
C.S.

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

C.S., a minor, By and Through
F.S., His Guardian Ad Litem,

    Plaintiff,

v.

BERKELEY UNIFIED
SCHOOL DISTRICT,
    Defendants.

CASE NO. 08-03119 CW

DECLARATION OF S.S. IN SUPPORT OF PLAINTIFF'S AMENDED PETITION FOR APPOINTMENT OF GUARDIAN AD LITEM

    Plaintiff, C.S., by and through F.S., His Guardian Ad Litem, hereby files the attached Declaration of S.S. In Support of Plaintiff's Amended Petition for Appointment of Guardian Ad Litem.

    I, S.S., hereby affirm under penalty of perjury, that the following assertions are true of my own personal knowledge and that I could and would testify competently thereto if called as a witness to this action:

1. I am C. S.'s mother.
2. I consent to my husband, F.S., being appointed as C.S.'s Guardian Ad Litem.
3. I agree with protecting our son's privacy by having him and our family proceed in this action using our initials, instead of our actual names.

Dated: July 3, 2008

                                                _____
                                                S.S.