1  Roberta S. Savage (SBN 202940)
   221 G Street, Suite 207
2  Davis, CA 95616
   tel (530) 753-4497
3  fax (530) 753-4498

4

5

6
   Attorney for
7  C.S.

8              IN THE UNITED STATES DISTRICT COURT

9            FOR THE NORTHERN DISTRICT OF CALIFORNIA

10

11 C.S.., a minor, By and Through        CASE NO.  08-03119 CW
   F.S., His Guardian Ad Litem,
                                         [PROPOSED]
12         Plaintiff,                    APPOINTMENT OF
                                         GUARDIAN AD LITEM
13 v.

14 BERKELEY UNIFIED
   SCHOOL DISTRICT,
15         Defendant.
                                    /
16
           The Court having considered the Declaration of S. S. in Support of the Amended Petitition
17
   for Appointment of Guardian Ad Litem and the Amended Petition of C.S. for the appointment of
18
   Guardian Ad Litem for Petitioner, a minor, who is Plaintiff in the above-captioned action, and good
19
   cause appearing,
20

21
           IT IS ORDERED that F.S. be appointed Guardian Ad Litem for C.S. in the above-captioned
22
   action.
23

24

25
   Dated:
26                                          _____
                                            Claudia Wilken
27                                          JUDGE OF DISTRICT COURT

28