1  Roberta S. Savage (SBN 202940)
   221 G Street, Suite 207
2  Davis, CA 95616
   tel (530) 753-4497
3  fax (530) 753-4498

Attorney for
C.S.

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| C.S.., a minor, By and Through F.S., His Guardian Ad Litem, | CASE NO.   08-03119 CW |
| Plaintiff, | APPOINTMENT OF GUARDIAN AD LITEM |
| v. | |
| BERKELEY UNIFIED SCHOOL DISTRICT, | |
| Defendant. | |

The Court having considered the Declaration of S. S. in Support of the Amended Petitition for Appointment of Guardian Ad Litem and the Amended Petition of C.S. for the appointment of Guardian Ad Litem for Petitioner, a minor, who is Plaintiff in the above-captioned action, and good cause appearing,

IT IS ORDERED that F.S. be appointed Guardian Ad Litem for C.S. in the above-captioned action.

*Claudia Wilken* (signature)

Dated: 8/4/08

Claudia Wilken
JUDGE OF DISTRICT COURT