IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| C. S., | No. C-08-03119 CW (EDL) |
| Plaintiff, | **ORDER** |
| v. | |
| BERKELEY UNIFIED SCHOOL DISTRICT, | |
| Defendant. | |

Plaintiff has responded in writing today to defendant's latest offer dated February 5, 2009. Defendant is ordered to respond to Plaintiff's new demand no later than February 17, 2009. If the parties do not reach settlement, the Court will hold a further settlement conference on March 10, 2009 at 2:00 p.m.  Mr. Owens, Director of Student Services, is required to appear in person. The Court notes that defendant did not send a client representative with authority or request permission for Mr. Owens to appear by telephone at the initial settlement conference on November 6, 2008, contrary to the Court's standing order, and reminds the parties that any further non-compliance with court orders may result in sanctions.

**IT IS SO ORDERED.**

Dated: February 11, 2009

_____
ELIZABETH D. LAPORTE
United States Magistrate Judge